**Henry L. AIKEN, Plaintiff–Appellant,**

v.

**Willie WELDON, Warden; Fisitmond Sanders, Captain; Timothy Clark, Lieutenant; Johnny Buncumb, Sergeant; David Gaddis, Corporal; Pierr Neal, Sergeant; Vincent Thurman, Correctional Officer; Gary Manigualt, Correctional Officer; Classy Thompson, Corporal; Lisa Parrott, I.G.C., Defendants–Appellees.**

No. 01–7920.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Henry L. Aiken, Appellant Pro Se. Jonathan Joel Anderson, Charleston, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Henry L. Aiken appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Aiken v. Weldon,* No. CA–01–288–9–18RB (D.S.C. Sept. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*